IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Binns, Boneta

Printed: 11/04/08

Case Number: 08 B 05933
Judge: Goldgar, A. Benjamin
Filed: 3/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 23, 2008
Confirmed: July 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 556.00 |  |
| Secured: |  | 519.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 36.14 |
| Other Funds: |  | 0.00 |
| Totals: | 556.00 | 556.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 3,500.00 | 0.00 |
| 2. | Evergreen Finance | Secured | 4,000.00 | 128.99 |
| 3. | Ford Motor Credit Corporation | Secured | 6,747.58 | 390.87 |
| 4. | Commonwealth Edison | Unsecured | 50.45 | 0.00 |
| 5. | Evergreen Finance | Unsecured | 192.59 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 107.56 | 0.00 |
| 7. | Charter One Bank | Unsecured |  | No Claim Filed |
| 8. | Kimberly Barnes | Unsecured |  | No Claim Filed |
| 9. | AT&T | Unsecured |  | No Claim Filed |
| 10. | Ill Dept. of Rehab Srvcs | Unsecured |  | No Claim Filed |
| 11. | Radiology Imaging Consultants | Unsecured |  | No Claim Filed |
| 12. | Mobile Management | Unsecured |  | No Claim Filed |
| 13. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 14. | South Suburban Dental Center | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,598.18 | $ 519.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.14 |
|  | $ 36.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Binns, Boneta

Printed: 11/04/08

Case Number:  08 B 05933
Judge:  Goldgar, A. Benjamin
Filed:  3/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

